1220

No. 84–5820. BELLMAN ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–5821. HOLMAN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 84–5825. PORTER ET AL. v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 84–5834. COOK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–5835. BERNARD v. POLLARD, JUDGE, PETERSBURG CIRCUIT COURT, ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–5838. TESSIER v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 84–5841. IRONS v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 84–5851. ORTEGA v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 84–5852. WILSON v. SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 84–5862. P. L. R., A CHILD v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 84–5863. SOUTHERS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 84–5865. STUDLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–5866. SMITH v. JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.